UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

CHRISTOPHER PATRICK OWENS,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

## COUNT 1
### (Sexual Exploitation of a Minor)

On or about April 27, 2024, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere,

CHRISTOPHER PATRICK OWENS

knowingly persuaded, induced, and enticed a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, and the visual depictions were transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

Specifically, CHRISTOPHER PATRICK OWENS persuaded, induced, and enticed Minor Victim 1 to record himself engaged in sexually explicit conduct. Minor Victim 1 recorded a video of himself masturbating and lasciviously exhibiting his genitals and pubic area, then sent the video to CHRISTOPHER PATRICK OWENS via Telegram, an internet application.

18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2256(2)

<u>**COUNT 2**</u>
**(Sexual Exploitation of a Minor)**

On or about May 14, 2024, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere,

CHRISTOPHER PATRICK OWENS

knowingly persuaded, induced, and enticed a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, and the visual depictions were transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

Specifically, CHRISTOPHER PATRICK OWENS persuaded, induced, and enticed Minor Victim 1 to record himself engaged in sexually explicit conduct. Minor Victim 1 recorded a video of himself masturbating and lasciviously exhibiting his genitals and pubic area, then sent the video to CHRISTOPHER PATRICK OWENS via Telegram, an internet application.

18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2256(2)

**COUNT 3**
**(Sexual Exploitation of a Minor)**

On or about May 21, 2024, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere,

CHRISTOPHER PATRICK OWENS

knowingly persuaded, induced, and enticed a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, and the visual depictions were transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

Specifically, CHRISTOPHER PATRICK OWENS persuaded, induced, and enticed Minor Victim 1 to record himself engaged in sexually explicit conduct. Minor Victim 1 recorded a video of himself masturbating and lasciviously exhibiting his genitals and pubic area, then sent the video to CHRISTOPHER PATRICK OWENS via Telegram, an internet application.

18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2256(2)

## COUNT 4
**(Sexual Exploitation of a Minor)**

On or about June 2, 2024, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere,

CHRISTOPHER PATRICK OWENS

knowingly persuaded, induced, and enticed a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, and the visual depictions were transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

Specifically, CHRISTOPHER PATRICK OWENS persuaded, induced, and enticed Minor Victim 1 to record himself engaged in sexually explicit conduct. Minor Victim 1 recorded videos of himself masturbating and lasciviously exhibiting his genitals and pubic area, then sent the videos to CHRISTOPHER PATRICK OWENS via Telegram, an internet application.

18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2256(2)

## COUNT 5
### (Sexual Exploitation of a Minor)

On or about June 3, 2024, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere,

CHRISTOPHER PATRICK OWENS

knowingly persuaded, induced, and enticed a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, and the visual depictions were transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

Specifically, CHRISTOPHER PATRICK OWENS persuaded, induced, and enticed Minor Victim 1 to record himself engaged in sexually explicit conduct. Minor Victim 1 recorded a video of himself masturbating and lasciviously exhibiting his genitals and pubic area, then sent the video to CHRISTOPHER PATRICK OWENS via Telegram, an internet application.

18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2256(2)

## COUNT 6
### (Sexual Exploitation of a Minor)

On or about December 1, 2024, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere,

CHRISTOPHER PATRICK OWENS

knowingly persuaded, induced, and enticed a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, and the visual depictions were transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

Specifically, CHRISTOPHER PATRICK OWENS persuaded, induced, and enticed Minor Victim 1 to record himself engaged in sexually explicit conduct. Minor Victim 1 recorded videos of himself masturbating and lasciviously exhibiting his genitals and pubic area, then sent the videos to CHRISTOPHER PATRICK OWENS via Telegram, an internet application.

18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2256(2)

## COUNT 7
### (Attempted Sexual Exploitation of a Minor)

On or about April 19, 2024, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere,

CHRISTOPHER PATRICK OWENS

knowingly attempted to persuade, induce, and entice a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct.

Specifically, CHRISTOPHER PATRICK OWENS attempted to persuade, induce, and entice Minor Victim 1 to record himself engaged in sexually explicit conduct. CHRISTOPHER PATRICK OWENS instructed Minor Victim 1 to record a video of himself masturbating and then send it to OWENS.

18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2256(2)

## COUNT 8
### (Attempted Coercion and Enticement of a Child)

Between in and around March 2024 and December 2024, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere,

CHRISTOPHER PATRICK OWENS

used facilities and means of interstate commerce to communicate with an individual in order to attempt to knowingly persuade, induce, and entice an individual who was under the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense.

Specifically, CHRISTOPHER PATRICK OWENS used the internet and Telegram, an internet application, to communicate with Minor Victim 1, an individual OWENS knew to be under 18 years of age, to attempt to engage in a sexual act with OWENS for which OWENS could be charged with statutory sexual offense with a person who is 15 years of age or younger, in violation of N.C. Gen. Stat. § 14-27.30.

18 U.S.C. § 2422(b)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
OLIVIA KAY GHISELLI
Assistant United States Attorney