UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,

      vs.

CHRISTOPHER PATRICK OWENS,

    Defendant.

                            /

                                    MOTION TO SEAL

Now comes the United States of America by Timothy VerHey, United States Attorney for the Western District of Michigan, and Olivia Kay Ghiselli, Assistant United States Attorney, and moves this court to seal the Indictment in the above entitled case in order that the execution of the arrest warrant be unimpeded and the investigation continue; and that such sealing remain in force and operation until the defendant is advised of these proceedings, arrested, the investigation is completed, or further order of this court.  The government asks that the U.S. Probation Department be excepted from the seal.

                                   Respectfully submitted,

                                   TIMOTHY VERHEY
                                   United States Attorney

Dated: April 7, 2026

                                   OLIVIA KAY GHISELLI
                                   Assistant United States Attorney
                                   P.O. Box 208
                                   Grand Rapids, MI   49501-0208
                                   (616) 456-2404

IT IS SO ORDERED.

Dated:    April 7, 2026

RAY KENT
United States Magistrate Judge
United States District Court